**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREGORY STESHENKO, | No. 13-17095 |
| Plaintiff - Appellant, | D.C. No. 5:09-cv-05543-RS |
| v. | |
| THOMAS MCKAY, of the Cabrillo Community College; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Richard Seeborg, District Judge, Presiding

Submitted January 13, 2014[**]

Before:   TROTT, PAEZ, and BEA, Circuit Judges.

Plaintiff Gregory Steshenko appeals pro se the district court's denial of his request for preliminary injunctive relief.  We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The sole issue is whether the district court abused its discretion in denying preliminary injunctive relief. We conclude the district court did not abuse its discretion. *Winter v. Natural Res. Def. Council Inc.*, 555 U.S. 7, 24 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**